IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICKY MORMON,

        Plaintiff,

v.

TRANS UNION, LLC, et al,

        Defendants.

1:16-cv-267-WSD

## OPINION AND ORDER

The parties have advised the Court that the above-styled action has been settled, but the formal documentation of settlement has not been concluded. [Docs. 6, 8]. Therefore, it is not necessary that the action remain on the Court's docket or calendar.

**IT IS HEREBY ORDERED** that the action is **ADMINISTRATIVELY CLOSED** subject to the right of any party, anytime within the next sixty (60) days, to reopen this action or vacate this order of closure.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order and to reopen the action, if necessary. If the action has not been reopened or the Court has not received a motion to vacate on or before the time permitted by this Order, the action will be deemed dismissed with prejudice.

**SO ORDERED** this 20th day of April, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE